**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-04497

CURTIS H. BREVILLE, and
C.H. BREVILLE ENTERPRISES LLC d/b/a IPE SOLUTIONS,

Petitioners,

v.

BYTE BRIDGE, INC., a California corporation,

Respondent.

---

# ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Petitioners Curtis H. Breville and Breville Enterprises LLC d/b/a IPE Solutions.

Date: September 15, 2026

Respectfully submitted,

By: */s/ Benjamin S. Morrell*
Benjamin S. Morrell
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Dr., Ste. 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011

*Counsel for Petitioners Curtis H. Breville and Breville Enterprises LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I served file-stamped copies of the foregoing document on the following counsel (who are counsel of record for Respondent Byte Bridge, Inc. in the California Action in which it is the plaintiff, *Byte Bridge, Inc. v. Breville et al.*, No. 3:26-cv-08627-WHO (N.D. Cal.)) via email:

John C. Kirke, #175055
jkirke@donahue.com
Chancellor W. Tseng, #322236
CTseng@donahue.com
DONAHUE FITZGERALD LLP
1999 Harrison Street, 26th Floor
Oakland, CA 94612-3520
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
*Counsel for Respondent Byte Bridge, Inc.*

Date: September 15, 2026

By: */s/ Benjamin S. Morrell*