**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-4497

CURTIS H. BREVILLE, and
C.H. BREVILLE ENTERPRISES LLC d/b/a IPE SOLUTIONS,

Petitioners,

v.

BYTE BRIDGE, INC., a California corporation,

Respondent.

---

## CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Federal Rule of Civil Procedure 7.1, Petitioner C.H. Breville Enterprises LLC d/b/a IPE Solutions make the following disclosures:

C.H. Breville Enterprises LLC is a limited liability company organized under the laws of Colorado. It is privately held. The sole member of C.H. Breville Enterprises LLC is Petitioner Curtis H. Breville. There are no other individuals or entities owning a 10% or greater direct or indirect interest in C.H. Breville Enterprises LLC.

Date: September 15, 2026

Respectfully submitted,

By: /s/ *Benjamin S. Morrell*
Benjamin S. Morrell
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Dr., Ste. 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011

*Counsel for Petitioners Curtis H. Breville and Breville Enterprises LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I served file-stamped copies of the foregoing document on the following counsel of record (who have appeared in the California Action in which Respondent is the plaintiff, *Byte Bridge, Inc. v. Breville et al.*, No. 3:26-cv-08627-WHO (N.D. Cal.)) via email:

John C. Kirke, #175055
jkirke@donahue.com
Chancellor W. Tseng, #322236
CTseng@donahue.com
DONAHUE FITZGERALD LLP
1999 Harrison Street, 26th Floor
Oakland, CA 94612-3520
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
*Counsel for Respondent Byte Bridge, Inc.*

Date: September 15, 2026

By: */s/ Benjamin S. Morrell*