IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-04497-NRN

CURTIS H. BREVILLE, and
C.H. BREVILLE ENTERPRISES LLC d/b/a IPE SOLUTIONS,

Petitioners,

v.

BYTE BRIDGE, INC., a California corporation,

Respondent.

---

**ORDER SETTING STATUS CONFERENCE AND SETTING DEADLINE FOR FILING OF CONSENT/NON-CONSENT FORM**

---

Entered by Magistrate Judge N. Reid Neureiter

The above-captioned case has been directly assigned to Magistrate Judge N. Reid Neureiter pursuant to D.C.COLO.LCivR 40.1(c) - Direct Assignment to Magistrate Judges.

**IT IS HEREBY ORDERED** that Petitioners shall promptly serve Respondents.

**IT IS FURTHER ORDERED that on or before November 19, 2026, the parties shall complete and file the Consent/Non-Consent Form (*see* ECF No. 6-1), indicating either unanimous consent of the parties or that consent has been declined. Please note that this date may be earlier than the default deadlines contemplated by D.C.COLO.LCivR 40.1(c)(4).**

**IT IS FURTHER ORDERED** that a Status Conference shall be held on:

| |
|---|
| December 3, 2026 at 10:30 a.m.<br>in Courtroom A-401,<br>Fourth Floor,<br>Alfred A. Arraj United States Courthouse,<br>901 19th Street,<br>Denver, Colorado 80294 |

**The Status Conference will be conducted via telephone. Five minutes prior to the start of the hearing, the parties are directed to call the conference line as a participant at (571) 353-2301, Access Code 841686937#.**

If this date is not convenient for any counsel/pro se party, he/she should confer with opposing counsel/pro se party and file a motion to reschedule the conference to a more convenient date. Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a motion is filed no less than FIVE (5) business days in advance of the date of appearance.

**IT IS FURTHER ORDERED** that Petitioners shall notify Respondent of the date and time of the Status Conference.

All out-of-state counsel shall comply with D.C.COLO.LAttyR 3(a) prior to the Status Conference. It is the responsibility of counsel to notice the court of their entry of appearance, notice of withdrawal, or notice of change of counsel's address, e-mail address, or telephone number by complying with the ECF Procedures and filing the appropriate motion or document with the court.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification and be subject to security procedures. *See* D.C.COLO.LCivR 83.2. Failure to comply with the identification requirement and security procedures will result in denial of entry into the Alfred A. Arraj United States Courthouse.

DONE AND SIGNED THIS 17th DAY OF SEPTEMBER, 2026.

BY THE COURT:

s/N. Reid Neureiter
N. REID NEUREITER
United States Magistrate Judge