459818
Law Firm Ref#: 134342/00001

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLORADO

**CURTIS H. BREVILLE, and C.H. BREVILLE ENTERPRISES LLC d/b/a IPE SOLUTIONS,**

Plaintiff(s)

vs.

**BYTE BRIDGE, INC., a California corporation,**

Defendant(s)

Case No.: 26-cv-04497-NRN

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, Theresa Ann Murray, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party of this action. I am an agent of It's Your Serve, Inc, Illinois Department of Financial and Professional Regulation number 117.000885. I attempted service of the within **Summons in a Civil Action; Petition to Compel Arbitration; Exhibits 1-3 to Byte Bridge, Inc. c/o United States Corporation Agents, Inc., located at 6605 Grand Montecito Pkwy Suite 100, Las Vegas, NV 89149** resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with Byte Bridge, Inc. c/o United States Corporation Agents, Inc. personally on the ____ day of ________________, 20____ at ________M.

☑ **AUTHORIZED SERVICE:** By leaving a copy of the process with: Name: Talae Pilimai, Title: Administrative Assistant, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the 22 day of September, 20 26 at 1:30 PM.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is Byte Bridge, Inc. c/o United States Corporation Agents, Inc.'s usual place of abode with: Name: ________________, Relationship: ________________, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of ________________, 20____ at ________M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of ________________, 20____.

A description of person with whom the documents were left is as follows:

**Sex:** male **Race:** brown skin **Age:** 20's

**Height:** (sitting down) **Weight:** (sitting down) **Hair:** blonde

**Noticeable features/Notes:** ________________

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of Nevada, County of Clark
Signed and sworn before me on this 24th day of September, 20 26
by Theresa Ann Murray.

[signature]
Notary Public

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
ALEXIJOSH BAYANGOS BALDAZO
Appt. No. 25-7121-01
My Appt. Expires April 1, 2029

[signature]
(Server Signature)

Theresa Ann Murray #R-2022-08313
(Print Name)

September 24, 2026
(Date)