**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:26-cv-04497-NRN

CURTIS H. BREVILLE, and
C.H. BREVILLE ENTERPRISES LLC D/B/A IPE SOLUTIONS,

Petitioners,

v.

BYTE BRIDGE, INC., *a Nevada corporation*,

Respondent.

---

**ENTRY OF APPEARANCE - MATTHEW C. FREEMANN**

---

Please take notice that Matthew C. Freemann of the law firm Littler Mendelson, P.C., enters his appearance on behalf of Respondent Byte Bridge, Inc. Mr. Freemann certifies that he is a member in good standing of the bar of this Court.

Respectfully submitted this 13th day of October, 2026.

*s/ Matthew C. Freemann*
Matthew C. Freemann
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: (303) 629-6200
Facsimile: (303) 629-0200
Email: mfreemann@littler.com

*Attorney for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October 2026, a true and correct copy of the foregoing **ENTRY OF APPEARANCE - MATTHEW C. FREEMANN** was filed and served via the CM/ECF system to the following:

Benjamin Morrell
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: 312-527-4000
Email: bmorrell@taftlaw.com

*Attorney for Petitioner*

*s/ Joanna Fox*
Joanna Fox, Legal Secretary

4913-2272-3544