**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:26-cv-04497-NRN

CURTIS H. BREVILLE, and
C.H. BREVILLE ENTERPRISES LLC D/B/A IPE SOLUTIONS,

Petitioners,

v.

BYTE BRIDGE, INC., *a Nevada corporation*,

Respondent.

---

**RESPONDENT'S CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Fed. R. Civ. P., Rule 7.1, notice is hereby given by counsel of record for Respondent Byte Bridge, Inc. ("Respondent"), that there are no parent companies of the Respondent, which is a privately owned Nevada corporation. No publicly held entities own 10% or more of Respondent's stock.

Respondent will file a supplemental disclosure statement in the event that any of the above information provided herein changes.

Respectfully submitted this 13th day of October 2026.

*s/ Matthew C. Freemann*
Matthew C. Freemann
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: (303) 629-6200
Facsimile: (303) 629-0200
Email: mfreemann@littler.com

*Attorney for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2026, a true and correct copy of the foregoing **RESPONDENT'S CORPORATE DISCLOSURE STATEMENT** was filed and served via the CM/ECF system to the following:

Benjamin Morrell
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: 312-527-4000
Email: bmorrell@taftlaw.com

*Attorney for Petitioner*

*s/ Joanna Fox*
Joanna Fox, Legal Secretary

4917-7662-3832